U.S. Department of Justice  
Washington, D.C.  
2/4/2021/mm

Criminal Docket

__McALLEN__ Division

CR. No. **M-21-1022**  M-21-0906-M

**INDICTMENT** Filed: May 18, 2021

Judge: __MICAELA ALVAREZ__

County: Hidalgo  
Lions #: **2021R00984**

Attorneys:

UNITED STATES OF AMERICA

JENNIFER B. LOWERY, ACTING U.S. ATTORNEY

v.

ROBERT WELLS, JR., ASST. U.S. ATTORNEY

__ALEJANDRO MARTINEZ__  
*Bond 5/10/2021: $75,000 w/$1,500 deposit*

Cts. 1 - 3    Richard H. Garcia, Ret'd, (956) 682-9477

__VICTOR VALLEJO__  
*Bond 5/10/2021: $75,000 w/$1,500 deposit*

Cts. 1 - 3    Oscar Alvarez, Ret'd, (956) 686-6330

Charge(s):

Ct. 1:  Conspiracy to possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine.  
Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

Cts. 2&3:  Interference with Commerce by Extortion Under Color of Official Right.  
Title 18, United States Code, Sections 1951(a) and 2.

Total Counts  
**(3)**

Penalty:

Ct. 1:  Imprisonment for 10 yrs.* to Life and/or a $10,000,000.00 fine and at least a 5 yr. SRT (*MANDATORY MINIMUM)

Cts. 2&3: Imprisonment for not more than 20 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT (as to each count)

Agency:  Drug Enforcement Administration - Jaimie Scott – M5-21-0028

Date

Proceedings